688    APPELLATE COURTS OF ILLINOIS.

VOL. 82.]    Sterling Natl. Bank v. Union Dist. Number One.

## Sterling National Bank v. Union District Number One.

**Appeal,** from the Circuit Court of Whiteside County; the Hon. FRANK D. RAMSEY, Judge, presiding. Judgment against plaintiff for costs; plaintiff appeals. Heard in this court at the December term, 1898. Affirmed. Opinion filed April 11, 1899.

A. A. WOLFERSPERGER and F. E. ANDREWS, attorneys for appellant.

WHITE & SHELDON and C. L. SHELDON, attorneys for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

The facts in this case are substantially the same as those in the case of the First National Bank of Sterling v. Union District No. 1, etc., *ante.*

The orders sued upon in this case were issued at the same time and under the same circumstances as those issued in the case referred to, and therefore the decision in that case must govern this, and the judgment will be affirmed.